UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT GORDON PAYNE,

        Petitioner,        Case No. 1:11-cv-325

v.        Honorable Paul L. Maloney

HEIDI WASHINGTON,

        Respondent.
_____/

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief is **DENIED**.

Dated:  March 1, 2017        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge